IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRARD D'ANDRE JONES,

    Plaintiff,

v.                                Case No. 4:18cv76-MW/GRJ

TORREY M. JOHNSON, et al.,

    Defendants.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### and GRANTING DISMISSAL OF DEFENDANT SPEIGHTS

Plaintiff has filed his Objections to the Magistrate Judge's Report and Recommendation, ECF No. 36, which this Court accepts as timely filed. This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has reviewed *de novo* Plaintiff's objections to the report and recommendation. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. **Plaintiff's claims against Defendant Speights are DISMISSED without prejudice**. This case is **remitted** to the Magistrate Judge for further proceedings.

**SO ORDERED on July 5, 2018.**

                                      s/Mark E. Walker        
                                      **United States District Judge**