IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRARD D'ANDRE JONES,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 4:18cv76-MW/GRJ

TORREY M. JOHNSON, et al.,

　　Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 61. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's Motion to Partially Dismiss Plaintiff's Second Amended Complaint, ECF No. 52, is **GRANTED**. Plaintiff's official-capacity claims against Defendants for monetary damage are **DISMISSED**. Plaintiff may proceed on his claims against the Defendants in their individual capacities. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on January 2, 2019.**

　　　　　　　　　　　　　　　　　　s/Mark E. Walker　　　　　　　
　　　　　　　　　　　　　　　　　　**United States District Judge**