# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERRARD D. JONES**
**DOC # 503034**,

      Plaintiff,

v.                                                                                          Case No. 4:18-cv-76-MW-GRJ

**JOHNSON, ET AL.**,

      Defendants.

_____/

## DEFENDANT'S ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES

      **Torrey Johnson** and **Patricia Butler** ("Defendants"), hereby answers **Gerrard D. Jones'** ("Plaintiff") Second Amended Complaint, (Doc. 15)[1], as follows:

**I.**     **PLAINTIFF** (Doc. 14 at 2)

Admit.

**II.**    **DEFENDANT(S)** (*Id*. at 2)

1. Deny as Defendant Johnson is now Warden at Liberty Correctional Institution.

2. Deny as without knowledge.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

3. Admit

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES (*Id*. at 3).

Without statement as instructions are being given.

### IV. PREVIOUS LAWSUITS (*Id*. at 4-7)

Deny as without knowledge.

### V. STATEMENT OF FACTS (*Id*. at 5-6)

1. Deny.

2. Deny that Plaintiff was in CM on Defendant Johnson's "orders." Deny as without knowledge the remainder of Plaintiff's allegations.

3-5. Deny as without knowledge.

6-7. Deny.

8. Deny that a statement was made. Deny as without knowledge what Antonio Hudson looked like.

9. Deny.

10. Deny as without knowledge.

11-14. Deny.

15-16. Deny as without knowledge.

17. Admit that Plaintiff was seen in medical the next day. Deny the remainder of Plaintiff's allegations.

18. Deny.

19. Deny as without knowledge.

20-25. Deny.

26. Admit that Plaintiff was given Disciplinary Reports as a result of the incident. Deny that the Disciplinary Reports were written in a retaliatory fashion.

## VI. STATEMENT OF CLAIMS (*Id.* at 7)

1-3. Deny.

## VII. RELIEF REQUESTED (*Id.* at 7)

Deny that Plaintiff is entitled to any relief whatsoever.

## VIII. DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a cause of action against Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted.

3. Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury.

5. Defendants are entitled to Qualified Immunity for their actions relative to the incident set forth in Plaintiff's Second Amended Complaint.

6. Plaintiff is barred under 42 U.S.C. §1997e(a) from raising any claims because he has failed to exhaust his administrative remedies.

7. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendants as required for liability under 42 U.S.C. §1983.

8. Plaintiff's claim for damages is barred pursuant to the Prison Litigation Reform Act (PLRA) based on lack of a physical injury as a result of the alleged actions by Defendant.

9. The actions taken by Defendants about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions to warrant recovery under 42 U.S.C. § 1983.

10. Defendants is entitled to 11th Amendment Immunity based on suit against him in their official capacity.

11. Plaintiff failed to mitigate his own injuries.

## IX. RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## X. DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Answer, Defenses, and Affirmative Defenses* was e-filed electronically through CM/ECF on March 1, 2019, and furnished by U.S. Mail to: Gerrard D. Jones, DOC# 503034, Florida State Prison, P.O. Box 800, Raiford, Florida 32083, on March 1, 2019.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com