IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRARD D'ANDRE JONES,

    Plaintiff,

v.                                      Case No. 4:18cv76-MW/GRJ

TORREY M. JOHNSON. et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 106, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 107. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant's Motion for Summary Judgment, ECF No. 89, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED** on March 17, 2020.

                                                          **s/ MARK E. WALKER**
                                                          **Chief United States District Judge**