**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GERRARD D. JONES
DOC # 503034,**
      **Plaintiff,**

v.                                        **Case No. 4:18-cv-76-GRJ**

**TORREY M. JOHNSON, ET AL.,**
      **Defendants.**
_____/

## NOTICE OF SETTLEMENT

**Gerrard D. Jones** ("Plaintiff") and **Patricia Butler and Torrey Johnson** ("Defendants"), provide notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. Defendants and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendants.

Respectfully Submitted,

| | |
|---|---|
| **ASHLEY MOODY** <br> **ATTORNEY GENERAL** <br> /s/ Kristen J. Lonergan <br> Kristen J. Lonergan <br> Assistant Attorney General <br> Florida Bar No.: 125556 <br> Office of the Attorney General <br> The Capitol PL-01 <br> Tallahassee, Florida 32399-1050 <br> Telephone: (850) 414-3300 <br> Facsimile: (850) 488-4872 <br> kristen.lonergan@myfloridalegal.com <br> Counsel for Defendants | *éclat Law, LLP* <br> */s/Kevin K. Ross-Andino* <br> **Kevin K. Ross-Andino, FBN 66214** <br> Kevin.ross@eclatlaw.com <br><br> 307 Cranes Roost Blvd Suite 2010 <br> Altamonte Springs <br> Phone: (407) 636 -7004 <br> Fax: (188) 213-0249 <br> *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed electronically through CM/ECF and furnished electronically on counsel of record on November 16, 2020.

/s/ Kristen J. Lonergan
Kristen J. Lonergan